

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2013

No. 04-11-00550-CV

**BP AMERICA PRODUCTION COMPANY,**
Appellant

v.

Carlos M. **ZAFFIRINI**, Sr., Dolores Angelina De la Garza, Clarissa De La Garza, Cristina
Lorena Benavides, Servando Roberto Benavides, Delia Hilda Benavides Martinez, Maria
Eugenia Benavides Gutierrez, Las Tinajas Minerals, Ltd, Diana Solis,
Appellee/s

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVF000798D1
The Honorable Joe Lopez, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Patricia O. Alvarez, Justice

The panel has considered Appellees' motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court